# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 431 WAL 2018

                 Respondent   :

                               :   Petition for Allowance of Appeal from
                               :   the Order of the Superior Court

          v.   :

AZSION UPSHUR,   :

                 Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.